# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| QUINTEZ TALLEY, | : | No. 3:17cv1632 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| SUPREME COURT OF PENNSYLVANIA, et al., | : | |
| | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this **23rd** day of **October 2019**, in accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED** as follows:

1) The magistrate judge's report and recommendation (Doc. 89) is **ADOPTED**;

2) Plaintiff Quintez Talley's ("plaintiff") objections (Doc. 92) are **OVERRULED**;

3) The defendants' motions to dismiss (Doc. 64; Doc. 66; Doc. 67; Doc. 72; Doc. 73; Doc. 74; Doc. 75) are **GRANTED**;

4) The plaintiff's § 1983, Conspiracy, and RICO claims alleged against the Centre County Courthouse and the Pennsylvania Supreme Court are **DISMISSED WITH PREJUDICE** for lack of subject-matter jurisdiction;

5) The following claims are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted:

   a. The plaintiff's § 1983, Title II, RICO, and Conspiracy claims alleged against Judge Thomas King Kistler, Judge Jonathan D. Grine, Judge Pamela A. Ruest, Judge Bradley P. Lunsford, Judge J. Michael Williamson, Judge Allen Sinclair, and Judge Steven Lachman;

   b. The plaintiff's § 1983 claims alleged against Stacy Parks Miller, Lindsey Foster, Daniel McKenrick, the District Attorney's Office of Centre County, the Centre County Defenders Association, Casey McClain, the Pennsylvania Department of Corrections, Tammy Ferguson, William Foster, Glenn Irwin, Thomas Suchta, Robert Hewitt, Thomas Lykens, David Link, Michael Worstell, Michael Lefebvre, Bernard Karabinos, Robert Williamson, Stephen Proudfit, Amy Becker, Joshua Glessner, the Pennsylvania State Police, Brian Wakefield, Thomas Stock, Gabriel Llinas, Jeffrey Wagner, and David Crowley;

   c. The plaintiff's Title II claims alleged against any individual defendant; and

   d. The plaintiff's claims seeking declaratory relief.

6) The following claims are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted:

   a. The plaintiff's remaining Conspiracy claims;

   b. The plaintiff's Title II claims alleged against any non-individual defendant;

   c. The plaintiff's remaining RICO claims;

   d. The plaintiff's Title VII claims;

   e. The plaintiff's claims seeking injunctive relief; and

   f. The plaintiff's state law claims.

7) The plaintiff's second amended complaint (Doc. 63) is **DISMISSED**; and

8) The Clerk of Court is directed to **CLOSE** this case.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**